■■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FREDERICK A. BELL, III, Appellant. [886 NYS2d 63]—Appeal from a judgment of the Supreme Court, Erie County (John L. Michalski,

A.J.), rendered March 6, 2008. The judgment convicted defendant, upon his plea of guilty, of assault in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Fahey, Peradotto and Green, JJ.